| | |
|---|---|
| 1 | DOUGLAS E. LUMISH (Bar No. 183863) |
| | doug.lumish@lw.com |
| 2 | LATHAM & WATKINS LLP |
| | 140 Scott Drive |
| 3 | Menlo Park, California 94025 |
| | Telephone (650) 328-4600 |
| 4 | Facsimile (650) 463-2600 |
| 5 | Attorneys for ADOBE SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROUNITY SYSTEMS ENGINEERING, INC., | N.D. Cal Case No. 5:13-mc-80020-LHK |
| Plaintiff, | Case No. 02:10-cv-91-DF |
| v. | Consolidated with Case No. 02:10-cv-185-DF |
| APPLE, INC.; AT&T INC.; AT&T MOBILITY LLC; CELLCO PARTNERSHIP; EXEDEA, INC.; GOOGLE INC.; HTC CORPORATION; HTC AMERICA, INC.; LG ELECTRONICS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; MOTOROLA MOBILITY, INC.; NOKIA CORPORATION; NOKIA INC.; PALM, INC.; QUALCOMM INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SPRING SPECTRUM LP; AND TEXAS INSTRUMENTS INC., | Pending in: The United States District Court for the Eastern District of Texas, Marshall Division **SUBSTITUTION OF COUNSEL** Judge: Hon. Lucy H. Koh Magistrate: Hon. Paul Singh Grewal |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that ADOBE SYSTEMS, INC. hereby substitutes Douglas E. Lumish (State Bar No. 183863), Latham & Watkins LLP, 140 Scott Drive, Menlo Park, California 94025, Telephone (650) 328-4600, Facsimile (650) 463-2600, as attorney of record

1  in place and stead of Parker C. Ankrum, Kasowitz, Benson, Torres & Friedman LLP, 333 Twin
2  Dolphin Drive – Suite 200, Redwood Shores, California 94065.

| | |
|---|---|
| I consent to the above substitution. | ADOBE SYSTEMS, INC. |
| Dated: May 17, 2013 | |
| | By: /s/ Nick Martini |

| | |
|---|---|
| I consent to the above substitution. | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| Dated: May ___, 2013 | |
| | By:_____ |
| | PARKER C. ANKRUM |

| | |
|---|---|
| Above substitution accepted. | LATHAM & WATKINS LLP |
| Dated: May ___, 2013 | |
| | By:_____ |
| | Douglas E. Lumish |

**IT IS SO ORDERED**

Dated: _____

_____
Judge Lucy H. Koh

in place and stead of Parker C. Ankrum, Kasowitz, Benson, Torres & Friedman LLP, 333 Twin Dolphin Drive – Suite 200, Redwood Shores, California 94065.

I consent to the above substitution.   ADOBE SYSTEMS, INC.

Dated: May ___, 2013

BY:_____

I consent to the above substitution.   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

Dated: May 16, 2013

BY:_____
    PARKER C. ANKRUM

Above substitution accepted.   LATHAM & WATKINS LLP

Dated: May 20, 2013

By:_____
    Douglas E. Lumish

**IT IS SO ORDERED**

Dated: June 9, 2013

_____
Judge Lucy H. Koh

SUBSTITUTION OF ATTORNEYS                                      N.D. CAL CASE NO. 5:13-MC-80020-LHK