DOUGLAS E. LUMISH (Bar No. 183863)
doug.lumish@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone (650) 328-4600
Facsimile (650) 463-2600

Attorneys for ADOBE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROUNITY SYSTEMS ENGINEERING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.; AT&T INC.; AT&T MOBILITY LLC; CELLCO PARTNERSHIP; EXEDEA, INC.; GOOGLE INC.; HTC CORPORATION; HTC AMERICA, INC.; LG ELECTRONICS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; MOTOROLA MOBILITY, INC.; NOKIA CORPORATION; NOKIA INC.; PALM, INC.; QUALCOMM INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SPRING SPECTRUM LP; AND TEXAS INSTRUMENTS INC.,<br><br>Defendants. | N.D. Cal Case No. 5:13-mc-80020-LHK<br><br>Case No. 02:10-cv-91-DF<br>Consolidated with Case No. 02:10-cv-185-DF<br><br>Pending in:<br>The United States District Court for the Eastern District of Texas, Marshall Division<br><br>**SUBSTITUTION OF COUNSEL**<br><br>Judge: Hon. Lucy H. Koh<br>Magistrate: Hon. Paul Singh Grewal |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that ADOBE SYSTEMS, INC. hereby substitutes Douglas E. Lumish (State Bar No. 183863), Latham & Watkins LLP, 140 Scott Drive, Menlo Park, California 94025, Telephone (650) 328-4600, Facsimile (650) 463-2600, as attorney of record

in place and stead of Parker C. Ankrum, Kasowitz, Benson, Torres & Friedman LLP, 333 Twin Dolphin Drive – Suite 200, Redwood Shores, California 94065.

I consent to the above substitution.
Dated: May 17, 2013

ADOBE SYSTEMS, INC.

BY: ______________

I consent to the above substitution.
Dated: May ___, 2013

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

BY: ______________
PARKER C. ANKRUM

Above substitution accepted.
Dated: May ___, 2013

LATHAM & WATKINS LLP

By: ______________
Douglas E. Lumish

**IT IS SO ORDERED**

Dated: ______________

______________
Judge Lucy H. Koh

in place and stead of Parker C. Ankrum, Kasowitz, Benson, Torres & Friedman LLP, 333 Twin Dolphin Drive – Suite 200, Redwood Shores, California 94065.

I consent to the above substitution.

Dated: May ___, 2013

ADOBE SYSTEMS, INC.

BY:_______________________

I consent to the above substitution.

Dated: May 16, 2013

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

BY:_______________________
PARKER C. ANKRUM

Above substitution accepted.

Dated: May 20, 2013

LATHAM & WATKINS LLP

By:_______________________
Douglas E. Lumish

**IT IS SO ORDERED**

Dated: June 9, 2013

_______________________
Judge Lucy H. Koh